AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) |
| | ) |
| 12 United States Postal Service ("USPS") Priority Mail Express parcels currently in the custody of the United States Postal Inspection Service ("USPIS") | ) |
| | ) |
| | ) |
| | ) |

Case No.  5:21-MJ-00548

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| See attached affidavit | See attached affidavit |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of_____days (*give exact ending date if more than 30 days*:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Postal Inspector Rafal M. Izycki / USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: <u>Riverside, CA</u>

Honorable Sheri Pym, Magistrate Judge
*Printed name and title*

SAUSA: Christian R. Acevedo  /  951-276-6922

## **AFFIDAVIT**

I, Rafal M. Izycki, being duly sworn, declare and state as follows:

## I. **PURPOSE OF AFFIDAVIT**

1.    This affidavit is made in support of an application for a warrant to search 12 United States Postal Service ("USPS") Priority Mail Express parcels currently in the custody of the United States Postal Inspection Service ("USPIS"), as described more fully in Attachment A ("SUBJECT PARCEL 1" through "SUBJECT PARCEL 12," and, collectively, the "SUBJECT PARCELS").  The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "SUBJECT OFFENSES"), as described more fully in Attachment B. Attachments A and B are incorporated by reference herein.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all

conversations and statements described in this affidavit are related in substance and in part only.

## II. <u>INTRODUCTION</u>

3.     I am a Postal Inspector with the U.S. Postal Inspection Service (USPIS) assigned to the Chicago Division, and have been so employed since March 2020.  My current responsibilities include the investigation of criminal violations relating to the U.S. Mail, including mail, wire, and bank fraud; as well as identity theft, access device fraud, and mail theft offenses.  Prior to becoming a Postal Inspector, I was a Special Agent with the Diplomatic Security Service for 12 years.

4.     As part of my law enforcement duties, I have assisted in conducting parcel investigations that have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of illegal drugs and proceeds from the sale of illegal drugs.

5.     I have completed numerous hours of criminal investigations, including compiling information; interviewing victims, witnesses, and suspects; and collecting evidence to support criminal complaints.  I have worked with other experienced state and federal law enforcement officers and supervisors and have gained knowledge and experience from them. My work has involved preparing and assisting in the drafting and service of numerous search warrants.  I have testified in federal court concerning felony offenses.  I received training in the investigation of drug trafficking activities that use

USPS mail.  As part of my law enforcement duties, I have
conducted and assisted several parcel investigations that have
resulted in the arrest of individuals who have received and
distributed illegal drugs, as well as the seizure of illegal
drugs and drug-sale proceeds.

### III.  __PARCELS TO BE SEARCHED__

6.   On August 23, 2021, during routine parcel profiling, I
detained the SUBJECT PARCELS at the San Bernardino Processing
and Distribution Center ("SBP&DC") in Redlands, California.  I,
along with other Postal Inspectors, identified the SUBJECT
PARCELS for additional investigation because the SUBJECT PARCELS
met certain criteria common to packages containing contraband.
Specifically, the SUBJECT PARCELS were USPS Priority Mail
Express boxes without business account numbers, and the names of
senders and/or recipients did not appear in law enforcement and
open-source databases as associated with the listed addresses.

### IV. __STATEMENT OF PROBABLE CAUSE__

**A.   Background**

7.   Based on my training and experience as a Postal
Inspector, and the experiences related to me by fellow Postal
Inspectors who specialize in drug investigations, I declare as
follows:

a.   Postal Inspectors have been conducting
investigations of drug trafficking via USPS Express Mail and
Priority Mail since the mid-1980s.  In the early 1990s, Postal
Inspectors in Los Angeles, California, and surrounding regions
such as the High Desert/Low Desert areas that include Riverside

and San Bernardino Counties, began conducting organized interdictions of Priority Mail Express and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances.  Postal Inspectors also regularly examined and investigated Priority Mail Express and Priority Mail parcels.  During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances, in the form of cash, using boxes.

b.   Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of using smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances, which lend a sense of legitimacy to the parcel.

c.   The San Bernardino County and Riverside County areas (collectively, the "Inland Empire") are a significant source area for controlled substances.  Controlled substances are frequently transported from the Inland Empire area via the United States Mail, and the proceeds from the sale of controlled substances are frequently returned to the Inland Empire area via the United States Mail.  These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000.  Based on my training and

4

experience, I know that proceeds from the sale of controlled substances often contain the odor of controlled substances because they have been contaminated with or associated with the odor of one or more controlled substances.

      d.    Drug traffickers often use one of two USPS services:  Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product.  Drug traffickers use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the article's progress to the intended delivery point.  Drug traffickers use the Priority Mail delivery service because it allows drug traffickers more time for travel between states if they decide to follow a shipment to its destination for distribution.  Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track the article's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

8.    Based on my training and experience, and the collective experiences related to me by fellow Postal Inspectors who specialize in investigations involving the mailing of controlled substances and proceeds from the sale of controlled substances, I know that the following indicia suggest that a parcel may contain drugs or drug trafficking proceeds:

      a.    The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope;

b.   The parcel bears a handwritten label, whether USPS Express Mail or Priority Mail;

c.   The handwritten label on the parcel does not contain a business account number;

d.   The seams of the parcel are all taped or glued shut;

e.   The parcel emits a particular odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

f.   Multiple parcels are mailed by the same individual, on the same day, from different locations.

9.   Parcels exhibiting some of these characteristics are the subject of further investigation, which may include verification of the addressee and return addresses and examination by a trained drug detection dog.

10.   I know from my experience and training that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases. Indeed, it is my experience that to the extent real addresses are ever used it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.   Initial Investigation of the SUBJECT PARCELS**

11.   On August 23, 2021, I, along with other Postal Inspectors, located the SUBJECT PARCELS at the San Bernardino Processing and Distribution Center.  In doing so, I and other Postal Inspectors saw that the SUBJECT PARCELS met some of the

above-mentioned criteria for the identification of suspicious parcels.  Specifically, the SUBJECT PARCELS were all USPS Priority Mail Express parcels, their labels were all handwritten, and they did not contain business account numbers.

12.  On August 23, 2021, I used law enforcement and open-source databases to cross reference the return and recipient addresses listed on the SUBJECT PARCELS and determined the following:

a.  SUBJECT PARCEL 1 is a USPS Priority Mail Express parcel bearing tracking label number EJ962588087US, weighing approximately 5 pounds 10 ounces.  The return address for SUBJECT PARCEL 1 is "Erick Riva, 25323 Alessandro Blvd. Apt 1015, Moreno Valley, CA 92553."  I was unable to find the address using law enforcement and open-source databases and to the best of my knowledge, the address does not exist.  The recipient address listed for SUBJECT PARCEL 1 is "Amir Sudala, 24 Frost Ln., East Windsor, NJ 08520."  I found the recipient address using law enforcement and open-source databases but was unable to connect it to a "Amir Sudala."

b.  SUBJECT PARCEL 2 is a USPS Priority Mail Express parcel bearing tracking label number EJ658092262US, weighing approximately 10 pounds, 6 ounces.  The return address for SUBJECT PARCEL 2 is "Mark Esposito, 38881 Pala Rd., Pala, CA 92059, [phone number ending in 3959]."  I found the address using law enforcement and open-source databases but was unable to associate it or the listed phone number with "Mark Esposito." The recipient address listed for SUBJECT PARCEL 2 is "Melissa

Meadows, 1380 Blue Point Ave. Apt D, Naples, FL 34102, [phone number ending in 3590]." I found the recipient address using law enforcement and open-source databases but was unable to connect it or the phone number with anyone named "Melissa Meadows."

c.   SUBJECT PARCEL 3 is a USPS Priority Mail Express parcel bearing tracking label number EJ618809568US, weighing approximately 19 pounds 10 ounces. The return address for SUBJECT PARCEL 3 is "Justin Maxey, 45352 Park St., Indio, CA 92201." I found the address using law enforcement and open-source databases but was unable to associate "Justin Maxey" to that address. The recipient address listed for SUBJECT PARCEL 3 is "Brandon Collins, 651 Sam Hall Rd., Hallsville, TX 75650." I found the recipient address using law enforcement and open-source databases but was unable to connect it with anyone named "Brandon Collins."

d.   SUBJECT PARCEL 4 is a USPS Priority Mail Express parcel bearing tracking label number EJ962588294US, weighing approximately 8 pounds 13 ounces. The return address for SUBJECT PARCEL 4 is "Jose Mendoza, 13994 Chagall Ct., Moreno Valley, CA 92553." I found the address using law enforcement and open-source databases but was unable to associate "Jose Mendoza" to that address. The recipient address listed for SUBJECT PARCEL 4 is "Mike Prell, 49 Newman Place, Buffalo, NY 14210." I found the recipient address using law enforcement and open-source databases and was able to connect it to a "Mike Prell."

e.   SUBJECT PARCEL 5 is a USPS Priority Mail Express parcel bearing tracking label number EI143997484US, weighing approximately 6 pounds 7 ounces.  The return address for SUBJECT PARCEL 6 is "Adelines, 9511 Windermere Rd., Phelan, CA 92371, [phone number ending in 9196]."  I found the address using law enforcement and open-source databases but was unable to associate "Adelines" to that address.  The phone number listed was associated to "Adelines."  The recipient address listed for SUBJECT PARCEL 6 is "Tasha Stokes, 36 Oakland Place, Brooklyn, NY 11226."  I found the recipient address using law enforcement and open-source databases but was unable to associate "Tasha Stokes" to that address.

f.   SUBJECT PARCEL 6 is a USPS Priority Mail Express parcel bearing tracking label number EJ962557694US, weighing approximately 3 pounds 8 ounces.  The return address for SUBJECT PARCEL 6 is "Samantha Davis, 80 N Euclid Ave., Upland, CA 91786."  I found the address using law enforcement and open-source databases but was unable to associate "Samantha Davis" to that address.  The recipient address listed for SUBJECT PARCEL 6 is "James Peace, 740 Adagio Dr., Greenwood, IN 46143."  I found the recipient address using law enforcement and open-source databases and was able to associate "James Peace" to that address.

g.   SUBJECT PARCEL 7 is a USPS Priority Mail Express parcel bearing tracking label number EJ924047157US, weighing approximately 6 pounds 9 ounces.  The return address for SUBJECT PARCEL 7 listed is "Jason Stephan, 2022 Pershing Ave., San

Bernardino 92405." I found the address using law enforcement and open-source databases but was unable to associate "Jason Stephan" to that address. The recipient address listed for SUBJECT PARCEL 7 is "Camile Stephan, 1306 Windover Ln., West Memphis, AR 72301." I found the recipient address using law enforcement and open-source databases but was unable to associate "Camile Stephan" to that address.

      h.  SUBJECT PARCEL 8 is a USPS Priority Mail Express parcel bearing tracking label number EJ920994552US, weighing approximately 1 pounds 14 ounces. The return address listed for SUBJECT PARCEL 8 is "D. Banks, 12660 Memorial Way, Moreno Valley, CA 92553." I was unable to find the address using law enforcement and open-source databases and to the best of my knowledge, the address does not exist. The recipient address listed for SUBJECT PARCEL 8 is "Dina C., 2370 Main St NW Unit 2409, Duluth, GA 30097." I found the recipient address using law enforcement and open-source databases but was unable to associate "Dina C." to that address.

      i.  SUBJECT PARCEL 9 is a USPS Priority Mail Express parcel bearing tracking label number EJ924047130US, weighing approximately 5 pounds 3 ounces. The return address listed for SUBJECT PARCEL 9 is "Shawn Walker, 6977 Buchanan Ave, San Bernardino 92404." I found the address using law enforcement and open-source databases but was unable to associate "Shawn Walker" to that address. The recipient address listed for SUBJECT PARCEL 9 is "Jasmine Walker, 660 Wren Walk, Stone Mtn., GA 30087." I found the recipient address using law enforcement

and open-source databases but was unable to associate "Jasmine Walker" to that address.

      j.  SUBJECT PARCEL 10 is a USPS Priority Mail Express parcel bearing tracking label number EJ962588008US, weighing approximately 4 pounds 15 ounces.  The return address listed for SUBJECT PARCEL 10 is "Linda Jones, 24122 Via Vargas Rd., Moreno Valley, CA 92553."  I was unable to find the address using law enforcement and open-source databases and to the best of my knowledge, the address does not exist.  The recipient address listed for SUBJECT PARCEL 10 is "Danielle Shaw, 1559 11th Ave. Apt 2, Newport, MN 55055."  I found the recipient address using law enforcement and open-source databases but was unable to associate "Danielle Shaw" to that address.

      k.  SUBJECT PARCEL 11 is a USPS Priority Mail Express parcel bearing tracking label number EJ912615394US, weighing approximately 17 pounds 13 ounces.  The return address listed for SUBJECT PARCEL 11 is "Auriana Roberson, 27431 San Bernardino Ave, Redlands, CA 92377."  I was able to find the address using law enforcement and open-source databases and was able to associate "Auriana Roberson" as a former resident, who now resides in Rialto, California as of May 2021.  Based on my training and experience, I know that individuals using the U.S. Mail to distribute controlled substances will list the names of former residents in order to thwart law enforcement detection. The recipient address listed for SUBJECT PARCEL 11 is "Kevin Blake, 2201 36th Ave Apt 2H, Astoria, NY 11106."  I found the recipient address using law enforcement and open-source

databases and was able to associate "Kevin Blake" to that
address.

l.    SUBJECT PARCEL 12 is a USPS Priority Mail Express
parcel bearing tracking label number EJ819247161US, weighing
approximately 11 pounds 13 ounces.  The return address listed
for SUBJECT PARCEL 12 is "Joel Reese, 24593 New Haven Dr,
Murrieta, CA 92562."  I was able to find the address using law
enforcement and open-source databases and was able to associate
"Joel Reese" as a former resident, who now resides in Vernal,
Utah as of August 2021.  The recipient address listed for
SUBJECT PARCEL 12 is "David Ferrante Jr., 1116 Pensicola Rd,
Forked River, NJ 08731."  I found the recipient address using
law enforcement and open-source databases and was able to
associate "David Ferrante" as a former resident, who now resides
in Toms River, New Jersey as of August 2021.

**C.    Drug-Detection Dog Alerts to the SUBJECT PARCELS**

13.    On August 24, 2021, based on the suspicious
characteristics of the SUBJECT PARCELS, San Bernardino County
Sheriff Detective Kristina Winegar had her trained narcotics
detection dog, "Roxy," examine the exterior of the SUBJECT
PARCELS.  Attached hereto as Exhibit 1, and incorporated herein
by reference, is a true and correct copy of information provided
to me by Detective Winegar regarding Roxy's training and history
in detecting controlled substances.

14.    The SUBJECT PARCELS were placed in an area by
Detective Winegar to perform a K-9 sniff with Roxy.  Detective
Winegar told me that Roxy gave a positive alert to each of the

SUBJECT PARCELS separately, indicating the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

## V.  CONCLUSION

15.  For the reasons set forth above, there is probable cause to believe that the SUBJECT PARCELS, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance), as described in Attachment B.


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this ____ day of
August, 2021.


_____
HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

13

**ATTACHMENT A**

PARCELS TO BE SEARCHED

    1.    The following 12 United States Postal Service ("USPS") Priority Mail Express parcels seized on August 23, 2021 at the San Bernardino Processing and Distribution Center located at 1900 W. Redlands Blvd in Redlands, California, and currently in United States Postal Inspection Service custody:

    a.    SUBJECT PARCEL 1 is a USPS Priority Mail Express parcel bearing tracking label number EJ962588087US, weighing approximately 5 pounds 10 ounces.  The return address for SUBJECT PARCEL 1 is "Erick Riva, 25323 Alessandro Blvd. Apt 1015, Moreno Valley, CA 92553."  The recipient address listed for SUBJECT PARCEL 1 is "Amir Sudala, 24 Frost Ln., East Windsor, NJ 08520." The parcel was postmarked in Moreno Valley, California on August 23, 2021, with a paid postage of $81.95.

    b.    SUBJECT PARCEL 2 is a USPS Priority Mail Express parcel bearing tracking label number EJ658092262US, weighing approximately 10 pounds, 6 ounces.  The return address for SUBJECT PARCEL 2 is "Mark Esposito, 38881 Pala Rd., Pala, CA 92059."  The recipient address listed for SUBJECT PARCEL 2 is "Melissa Meadows, 1380 Blue Point Ave. Apt D, Naples, FL 34102." The parcel was postmarked in Temecula, California on August 23, 2021, with a paid postage of $114.75.

    c.    SUBJECT PARCEL 3 is a USPS Priority Mail Express parcel bearing tracking label number EJ618809568US, weighing approximately 19 pounds 10 ounces.  The return address for SUBJECT PARCEL 3 is "Justin Maxey, 45352 Park St., Indio, CA

92201."  The recipient address listed for SUBJECT PARCEL 3 is
"Brandon Collins, 651 Sam Hall Rd., Hallsville, TX 75650."  The
parcel was postmarked in Indio, California on August 23, 2021,
with a paid postage of $185.55.

       d.    SUBJECT PARCEL 4 is a USPS Priority Mail Express
parcel bearing tracking label number EJ962588294US, weighing
approximately 8 pounds 13 ounces.  The return address for
SUBJECT PARCEL 4 is "Jose Mendoza, 13994 Chagall Ct., Moreno
Valley, CA 92553."  The recipient address listed for SUBJECT
PARCEL 4 is "Mike Prell, 49 Newman Place, Buffalo, NY 14210."
The parcel was postmarked in Moreno Valley, California on August
23, 2021, with a paid postage of $141.20.

       e.    SUBJECT PARCEL 5 is a USPS Priority Mail Express
parcel bearing tracking label number EI143997484US, weighing
approximately 6 pounds 7 ounces.  The return address for SUBJECT
PARCEL 6 is "Adelines, 9511 Windermere Rd., Phelan, CA 92371."
The recipient address listed for SUBJECT PARCEL 6 is "Tasha
Stokes, 36 Oakland Place, Brooklyn, NY 11226."  The parcel was
postmarked in Phelan, California on August 23, 2021, with a paid
postage of $89.05.

       f.    SUBJECT PARCEL 6 is a USPS Priority Mail Express
parcel bearing tracking label number EJ962557694US, weighing
approximately 3 pounds 8 ounces.  The return address for SUBJECT
PARCEL 6 is "Samantha Davis, 80 N Euclid Ave., Upland, CA
91786."  The recipient address listed for SUBJECT PARCEL 6 is
"James Peace, 740 Adagio Dr., Greenwood, IN 46143."  The parcel
was postmarked in Fontana, California on August 23, 2021, with a

paid postage of $65.40.

g.   SUBJECT PARCEL 7 is a USPS Priority Mail Express parcel bearing tracking label number EJ924047157US, weighing approximately 6 pounds 9 ounces.  The return address for SUBJECT PARCEL 7 listed is "Jason Stephan, 2022 Pershing Ave., San Bernardino 92405."  The recipient address listed for SUBJECT PARCEL 7 is "Camile Stephan, 1306 Windover Ln., West Memphis, AR 72301."  The parcel was postmarked in San Bernardino, California on August 23, 2021, with a paid postage of $86.45.

h.   SUBJECT PARCEL 8 is a USPS Priority Mail Express parcel bearing tracking label number EJ920994552US, weighing approximately 1 pounds 14 ounces.  The return address listed for SUBJECT PARCEL 8 is "D. Banks, 12660 Memorial Way, Moreno Valley, CA 92553."  The recipient address listed for SUBJECT PARCEL 8 is "Dina C., 2370 Main St NW Unit 2409, Duluth, GA 30097."  The parcel was postmarked in Moreno Valley, California on August 23, 2021, with a paid postage of $53.30.

i.   SUBJECT PARCEL 9 is a USPS Priority Mail Express parcel bearing tracking label number EJ924047130US, weighing approximately 5 pounds 3 ounces.  The return address listed for SUBJECT PARCEL 9 is "Shawn Walker, 6977 Buchanan Ave, San Bernardino 92404."  The recipient address listed for SUBJECT PARCEL 9 is "Jasmine Walker, 660 Wren Walk, Stone Mtn., GA 30087."  The parcel was postmarked in San Bernardino, California on August 23, 2021, with a paid postage of $81.95.

j.   SUBJECT PARCEL 10 is a USPS Priority Mail Express parcel bearing tracking label number EJ962588008US, weighing

iii

approximately 4 pounds 15 ounces.  The return address listed for SUBJECT PARCEL 10 is "Linda Jones, 24122 Via Vargas Rd., Mareno Valley, CA 92553."  The recipient address listed for SUBJECT PARCEL 10 is "Danielle Shaw, 1559 11th Ave. Apt 2, Newport, MN 55055."  The parcel was postmarked in Moreno Valley, California on August 23, 2021, with a paid postage of $72.65.

k.   SUBJECT PARCEL 11 is a USPS Priority Mail Express parcel bearing tracking label number EJ912615394US, weighing approximately 17 pounds 13 ounces.  The return address listed for SUBJECT PARCEL 11 is "Auriana Roberson, 27431 San Bernardino Ave, Redlands, CA 92377."  The recipient address listed for SUBJECT PARCEL 11 is "Kevin Blake, 2201 36th Ave Apt 2H, Astoria, NY 11106."  The parcel was postmarked in San Bernardino, California on August 23, 2021, with a paid postage of $145.65.

l.   SUBJECT PARCEL 12 is a USPS Priority Mail Express parcel bearing tracking label number EJ819247161US, weighing approximately 11 pounds 13 ounces.  The return address listed for SUBJECT PARCEL 12 is "Joel Reese, 24593 New Haven Dr, Murrieta, CA 92562."  The recipient address listed for SUBJECT PARCEL 12 is "David Ferrante Jr., 1116 Pensicola Rd, Forked River, NJ 08731."  The parcel was postmarked in Murrieta, California on August 23, 2021, with a paid postage of $119.15.

**ATTACHMENT B**

ITEMS TO BE SEIZED

The following are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

      a.   Any controlled substances, including marijuana;

      b.   Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

      c.   Parcel wrappings used to conceal items described in (a) and/or (b).

v

# EXHIBIT 1

## EXPERTISE OF AFFIANT Detective Winegar/ K9 Roxy

I, Detective Kristina Winegar B5848, I am a Detective with the San Bernardino County Sheriff's Department.  I have been so employed since March 2002. I attended the San Bernardino County Sheriff's Basic Academy where I was given instruction in basic investigations, crimes against persons, crimes against property, and narcotic/controlled substance identification. I have conducted numerous investigations involving Forgery, Possession of stolen property, theft and fraud as well as violent crimes, assaults, homicides and sexual crime. I have been involved in well over 300 investigations/arrests involving burglaries, thefts, crimes against persons, identity theft, assault on person, and narcotics sales and possession.

NARCOTICS DIVISION: May 2014 to present.
In May 2014, I was temporarily assigned as the narcotics division High Desert Set team. I successfully completed 24-hour Short Hall Operations (STABO) training with Campaign Against Marijuana Planting (CAMP). In May, I was permanently assigned to narcotics. I was assigned as a Narcotics K9 handler in June 2014. While assigned to the Narcotics have participated in undercover buys where I have bought ecstasy at large public gathering events.

NARCOTICS/CANINE EXPERTISE:
I have attended a 120-hour course at Vohne Liche Kennels in narcotics detection. I attend this course with my K9 partner Roxy, a brown and white Springer Spaniel. K9 Roxy and I are a certified narcotics detection team through the California Narcotics Canine Association. We attend monthly maintenance training sponsored by Vohne Liche Kennels, weekly training with the Inland Empire Police Canine Association and Roxy and I train daily. Roxy has given a positive alert over 500 times in searches where illegal narcotics have been located and/or seized. I have written and served search warrants for narcotics transportation and sales, marijuana cultivation, stolen property, records/identity theft and other various criminal offenses. I have attended a 40 hour criminal interdiction conference in Austin Texas, a 40 hour criminal interdiction conference in New Orleans Louisiana, 40 hour criminal interdiction in Chicago Illinois, a 24 hours jetway interdiction course in Long Beach California, a 8 hour controlled delivery course, a 8 hours drug endangered children's course, a 16 hour reality based detection course with my K9 partner Roxy, a 80 hour Department of Justice methamphetamine clandestine lab safety course instructed by a state certified chemist. I participated in the live cook of methamphetamine, and an 80-hour training course with California Narcotics Canine Association.

Additionally, I have received training in drug use, symptomatology, and recognition of narcotics. I have continued my education in areas of narcotic sales, trafficking, interdiction and possession, along with dangerous controlled substances including marijuana, methamphetamine, heroin, cocaine, psilocybin(mushrooms), MDMA (Ecstasy), PCP (phencyclidine), testosterone ester and anabolic steroids.

I have worked as a full time certified K9 handler since July 10, 2014. Since successfully completing K9 handler training; Roxy is responsible for the seizure of over 4,000 pounds of marijuana, 32 pounds of cocaine, over 182 pounds of methamphetamine, 18 pounds of heroin, 30 pounds of concentrated cannabis, over 4,320 MDMA(Ecstasy) pills, 15 ounces of synthetic marijuana(spice), and over $2,450,000 in US currency.

On 082421 USPI Anthony Jacobs asked that I and my narcotics Detection K9 "Roxy" to assist in a narcotics parcel investigation on several suspicious parcels which were retrieved on 082321.  The parcels were separated from each other and placed in various areas of the patio area of the US Post Office located on 5th St. in San Bernardino. "Roxy" alerted to the parcels indicating the odor of narcotics was present. The following information was from the suspected parcel.

- USPS Tracking # EJ 618 809 568 US
- USPS Tracking # EJ 962 588 087 US
- USPS Tracking # EJ 912 615 394 US
- USPS Tracking # EJ 920 994 552 US
- USPS Tracking # EJ 819 247 161 US
- USPS Tracking # EJ 962 557 694 US
- USPS Tracking # EJ 962 588 008 US
- USPS Tracking # EI 143997484 US
- USPS Tracking # EJ 924 047 157 US
- USPS Tracking # EJ 924 047 130 US
- USPS Tracking # EJ 962 588 294 US
- USPS Tracking # EJ 658 092 262 US

Detective Kristina Winegar